IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

      Plaintiffs,

v.

20/20 INSTITUTE, LLC and
MATTHEW K. CHANG, M.D.,

      Defendants.

_____

### ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

_____

The Court has signed a Protective Order for the confidentiality of certain information in

this case.  The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in

court filings.  It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to

any information to be submitted under seal based on the Protective Order.

Dated:   April  21st,  2011

                           BY THE COURT:

                           s/Richard P. Matsch

                           _____

                           Richard P. Matsch, Senior District Judge