IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

      Plaintiffs,

v.

20/20 INSTITUTE, LLC and
MATTHEW K. CHANG, M.D.,

      Defendants.

---

ORDER DENYING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

---

      Upon consideration of the plaintiffs' motion for leave to file a second amended complaint [27], filed June 30, 2011, and the defendants' oppositions and because the purpose of the motion is to make separate claims for exemplary damages and exemplary damages are not a basis for a separate claim for relief but only are considered as possible relief dependent upon the evidence at trial, it is

      ORDERED that the motion fo file a second amended complaint is denied.

      Dated:    August 8th, 2011

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  Richard P. Matsch, Senior District Judge