## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                December 14, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

___

Civil Action No. 10-cv-03115-RPM

| | |
|---|---|
| SCOTT CZARNIAK and | Todd J. Krouner |
| ADRIENNE CZARNIAK, | Keith F. Cross |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| 20/20 INSTITUTE and | Benjamin P. Swartzendruber |
| MATTHEW K. CHANG, M.D. | Deana R. Dagner |
| | C. Gregory Tiemeier |
| Defendant. | Max Stich |

___

### COURTROOM MINUTES
___

**Hearing on Pending Motions**

**3:56 p.m.      Court in session.**

Counsel state the motion with respect to the subpoena with respect to the Colorado Avalanche is resolved.

**ORDERED:   Defendant 20/20 Institute's Motion for Contempt and other Appropriate Sanctions [35] is denied.**

3:58 p.m.      Argument by Mr. Krouner [34],
4:03 p.m.      Argument by Mr. Stich.

**ORDERED:   Defendants' shall produce the 2008 and 2009 1099 tax information.**

4:05 p.m.      Argument by Mr. Swartzendruber.

**ORDERED:   Defendants' to produce compensation plans (Rainwater and Tallant) as stated on record.
Defendants' Motion for Protective Order [34], is granted with respect tax information and compensation plans as stated on record and denied in all other respects.**

December 14, 2011
10-cv-03115-RPM

| | |
|---|---|
| 4:08 p.m. | Argument by Mr. Stich [37]. |
| 4:11 p.m. | Argument by Mr. Krouner. |

**ORDERED:** **Defendants permitted to get an appraisal on the house in Avon and an expert opinion with respect to value as agreed on as stated on record.**

**Additional time to designate financial experts is granted.**

**ORDERED:** **Joint Motion to Amend Scheduling Order re: financial experts [46], is granted (30 days - ).**

| | |
|---|---|
| 4:23 p.m. | Argument by Mr. Stich. |
| | Argument by Mr. Tiemeier. |
| 4:28 p.m. | Argument by Mr. Swartzendruber. |
| 4:30 p.m. | Rebuttal argument by Mr. Krouner. |

**ORDERED:** **Plaintiffs to produce 2008 and 2009 tax 1040s related to the capacity to continue to pay the indebtedness of the house (monthly basis) as stated on record.**

Further statements by Mr. Tiemeier and Mr. Swartzendruber.

**ORDERED:** **Defendants' Motion to Compel [37], is granted and denied as ruled on record.**

Discussion regarding scheduling and discovery.

**ORDERED:** **Pretrial conference scheduled March 23, 2011 at 2:00 p.m.**
**Counsel to submit a revised proposed scheduling order by December 22, 2011.**

Further argument by Mr. Krouner.
Further argument by Mr. Tiemeier.

**ORDERED:** **Defendants' requests for return of Dr. disclosures is denied with limitations on use.**

**4:40 .m.** **Court in recess.**

Hearing concluded.  Total time: 44 min.