**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  January 23, 2012
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 10-cv-03115-RPM

| | |
|---|---|
| SCOTT CZARNIAK and | Todd J. Krouner |
| ADRIENNE CZARNIAK, | Keith F. Cross |

      Plaintiffs,

v.

| | |
|---|---|
| 20/20 INSTITUTE and | Deana R. Dagner |
| MATTHEW K. CHANG, M.D. | Benjamin P. Swartzendruber |

      Defendant.

_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**10:30 a.m.        Court in session.**

Court's preliminary remarks.

| | |
|---|---|
| 10:32 a.m. | Argument by Mr. Krouner [54]. |
| 10:40 a.m. | Argument by Ms. Dagner. |
| 10:46 a.m. | Further argument by Mr. Krouner. |

**ORDERED:     20/20 Institute, LLC's Motion for Additional/Continued Deposition of Scott Czarniak [54], is denied.**

| | |
|---|---|
| 10:49 a.m. | Argument by Mr. Cross [57] /[55]. |
| 10:52 a.m. | Argument by Mr. Swartzendruber. |
| 10:56 a.m. | Further argument by Mr. Cross. |
| 10:57 a.m. | Statement regarding clarification by Mr. Swartzendruber. |

**ORDERED:     20/20 Institute, LLC's Motion for Protective Order Re Plaintiffs' Subpoena to and Request for Documents from the Denver Broncos [55], is denied as stated on record. 20/20 Institute, LLC's Motion for Protective Order Re Plaintiffs' Subpoena to and Request for Documents from the Indianapolis Colts, [57], is denied as stated on record.**

Further statements by Mr. Swartzendruber and Mr. Krouner.

**10:59 a.m.        Court in recess.**  Hearing concluded.  Total time: 29 min.