IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

      Plaintiffs,

v.

20/20 INSTITUTE, LLC and
MATTHEW K. CHANG, M.D.,

      Defendants.

_____

ORDER VACATING PRETRIAL CONFERENCE AND DEFERRING RULING ON
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
_____

      Defendant 20/20 Institute, LLC, having filed a motion for summary judgment, it is

      ORDERED that the March 21, 2012, pretrial conference is vacated.  It is

      FURTHER ORDERED that ruling on Plaintiffs' Motion for Leave to File a Second

Amended Complaint is deferred until resolution of the motion for summary judgment.

      DATED:   February 29th, 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge