IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

     Plaintiffs,

v.

20/20 INSTITUTE, LLC and
MATTHEW K. CHANG, M.D.,

     Defendants.

_____

ORDER VACATING PRETRIAL CONFERENCE AND DEFERRING RULING ON
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
_____

     Defendant 20/20 Institute, LLC, having filed a motion for summary judgment, it is

     ORDERED that the March 21, 2012, pretrial conference is vacated.  It is

     FURTHER ORDERED that ruling on Plaintiffs' Motion for Leave to File a Second Amended Complaint is deferred until resolution of the motion for summary judgment.

     DATED:   February 29th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge