IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

      Plaintiffs,

v.

20/20 INSTITUTE, LLC and
MATTHEW K. CHANG, M.D.,

      Defendants.

_____

ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
_____

On February 1, 2012, the plaintiffs filed a motion for leave to file a second amended complaint to add exemplary damages as additional relief requested. The defendants filed their opposition and the plaintiffs filed a reply. It is not necessary to file a second amended complaint to claim exemplary damages because it is this Court's practice to submit exemplary damages to the jury if the evidence received at trial supports the potential for such relief by the jury. Accordingly, it is

ORDERED that the motion to file a second amended complaint [60] is denied.

Dated:    March 15th, 2012

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge