**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03115 - RPM

———————————————————————————————————————————————

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

               Plaintiffs,

    v.

20/20  INSTITUTE, L.L.C. and
MATTHEW K. CHANG, M.D.,

               Defendants.

———————————————————————————————————————————————

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE DEFENDANT**
**MATTHEW K. CHANG, M.D.'S CONTRACT AGREEMENT UNDER SEAL**

———————————————————————————————————————————————

      Upon review of Plaintiffs' Unopposed Motion to File Defendant Matthew K. Chang,

M.D.'s Contract Agreement Under Seal, it is ORDERED that the Motion is GRANTED.

      Dated : March 30th , 2012

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____

                          Richard P. Matsch, Senior District Judge