# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03115 - RPM
_____

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

                Plaintiffs,

    v.

20/20 INSTITUTE, L.L.C. and
MATTHEW K. CHANG, M.D.,

                Defendants.
_____

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE DEFENDANT MATTHEW K. CHANG, M.D.'S CONTRACT AGREEMENT UNDER SEAL
_____

Upon review of Plaintiffs' Unopposed Motion to File Defendant Matthew K. Chang, M.D.'s Contract Agreement Under Seal, it is ORDERED that the Motion is GRANTED.

Dated : March 30th , 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge