IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

      Plaintiffs,

v.

20/20 INSTITUTE, LLC and
MATTHEW K. CHANG, M.D.,

      Defendants.

_____

## ORDER GRANTING MOTION TO FILE AMENDED BRIEF
_____

Upon review of Plaintiffs' Unopposed Motion to File Amended Brief in Opposition

to Matthew K. Chang's Motion for Partial Summary Judgment [86] filed April 3, 2012, it

is

ORDERED that the motion is granted and the amended brief attached thereto is

accepting for filing.

Dated:    April 4th, 2012

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____

                            Richard P. Matsch, Senior District Judge