## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                    September 24, 2012
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki
_____

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and                                    Keith F. Cross
ADRIENNE CZARNIAK,                                    Todd J. Krouner

        Plaintiffs,

v.

20/20 INSTITUTE and                                   Benjamin P. Swartzendruber
MATTHEW K. CHANG, M.D.                                C. Gregory Tiemeier
                                                      Max S. Stich

        Defendants.
_____

## Amended COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**1:55 p.m.        Court in session.**

Defendant 20/20 Institutes' client representative Mark Danzo present.

Court's preliminary remarks.

Mr. Cross answers questions asked by the Court regarding case facts, claims (CCPA) and damages.

**ORDERED:    Plaintiffs' Motion to Strike the Affidavit of  Gary Bircham, O.D [91], is denied.**

Argument by Mr. Swartzendruber [68].
Argument by Mr. Tiemeier [74].

**ORDERED:    Defendant 20/20 Institute, LLC's Motion for Summary Judgment on Plaintiffs'
            CCPA and Fraud and Misrepresentation Claims [68], is denied.**

**Matthew K. Chang, M.D.'s Fed. R. Civ. P. 56 Motion for Partial Summary
Judgment Regarding Plaintiffs' Second and Third Claims For Relief [74], is denied.**

**Plaintiffs permitted to take the deposition of Gary Birchman on the basis of his
affidavit.**

September 24, 2012
10-cv-03115-RPM

Discussion and argument by counsel regarding plaintiffs' CCPA experts.

Court states Daniel Baack Ph.D is not permitted to testify regarding the intent of 20/20's advertising.

Discussion regarding scheduling.

**ORDERED:**      **Two week trial to jury set April 29, 2013.**

Discussion regarding witnesses that may appear by videotape.

**ORDERED:**      **Pretrial conference set March 8, 2013 at 2:00p.m.**

**2:22 p.m.**      **Court in recess.**

 Hearing concluded.  Total time: 27 min.