IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

      Plaintiffs,

v.

20/20 INSTITUTE, LLC and
MATTHEW K. CHANG, M.D.,

      Defendants.

_____

ORDER GRANTING LEAVE TO SUBMIT AMENDED MOTION TO STRIKE
_____

Upon review of Defendants' Unopposed Joint Motion for Leave to Submit Amended Joint Motion to Strike the Testimony of Anthony M. Gamboa, PhD., [114], it is

ORDERED that the motion is granted. The Amended Joint Motion to Strike [115] is accepted and the previously filed Joint Motion to Strike [112] is withdrawn. It is

FURTHER ORDERED that on or before March 25, 2013, plaintiff shall file their response to the Amended Joint Motion to Strike [115] and the Motion and Brief to Strike Plaintiffs' Economic Damages Claims Related to Loss of Consortium and Short-Sale of House [111].

Dated:   March 19th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge