IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

      Plaintiffs,

v.

20/20 INSTITUTE, LLC and
MATTHEW K. CHANG, M.D.,

      Defendants.

_____

ORDER DENYING MOTION TO STRIKE
_____

      By their motion to strike, filed March 18, 2013, (#115), the defendants seek to preclude testimony of Anthony M. Gamboa, Ph.D., concerning an estimate of the plaintiff's future loss of earnings and work life expectancy.  The principal basis for this challenge is that Dr. Gamboa has used generic disability data from a Current Population Survey made by the U.S. Census Bureau.  The methodology of that survey makes it of limited value as the Census Bureau has acknowledged in a published caution as to its use.  Despite those limitations, Dr. Gamboa has the opinion that it is of sufficient reliability to be of value in forming an opinion of the future financial effects of the permanent impairments claimed by Scott Czarniak.

      The witness has the necessary qualifications to form that opinion.  His testimony will necessarily depend upon the evidence establishing the existence of the disability that he has assumed and the reasonableness of his calculations is a matter for the jury

to determine. The seeming implausibility of the conclusions reached by Dr. Gamboa in his reports is not a basis for preventing the jury from hearing his testimony. Estimates of the economic effects of a personal injury are not restricted by the disciplines of the hard sciences. It is

ORDERED, that the defendants' motion to strike is denied.

Dated:   April 10th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge