IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

    Plaintiffs,

v.

20/20 INSTITUTE, LLC and
MATTHEW K. CHANG, M.D.,

    Defendants.
_____

ORDER RE COLORADO CONSUMER PROTECTION ACT
_____

    At the Court's request, the parties have briefed the question of whether personal injury damages can be recovered for a violation of the Colorado Consumer Protection Act. The relevant provision, C.R.S. § 6-1-113(1)(a) provides that a civil action may be brought by any person who "is injured as a result of such deceptive trade practice," and does not expressly limit recovery for an "injury" to economic loss. Accordingly, injury should be given its common law meaning which would include compensation for injuries recognized in tort law. As in tort law, the plaintiff will be required to prove that the violation claimed was the proximate cause of the injuries claimed and by proving that Scott Czarniak made the decision to consent to the procedure based on his reliance on the advertising.

    SO ORDERED.

    Dated:    April 10th, 2012

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge