IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

      Plaintiffs,

v.

20/20 INSTITUTE, LLC and
MATTHEW K. CHANG, M.D.,

      Defendants.

_____

ORDER FOR DISMISSAL OF DEFENDANT MATTHEW K. CHANG, M.D.
_____

Pursuant to the Partial Stipulation of Dismissal with Prejudice [131] filed April 22, 2013, it is

ORDERED that the complaint against Defendant Matthew K. Chang, M.D., is dismissed with prejudice, without costs or attorneys' fees to Plaintiffs or Matthew K. Chang, M.D.

Dated:   April 22nd, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge