# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                April 24, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-03115-RPM

| | |
|---|---|
| SCOTT CZARNIAK and | Keith F. Cross |
| ADRIENNE CZARNIAK, | Todd J. Krouner |
| | Diana M. Carlino |
| Plaintiffs, | |
| v. | |
| 20/20 INSTITUTE, LLC., | J. Scott Lassater |
| | Randy L. Sego |
| Defendant. | C. Gregory Tiemeier |

_____

## COURTROOM MINUTES
_____

**Trial Preparation Conference**

**2:30 p.m.      Court in session.**

Discussion and argument by counsel on plaintiff's motion to amend [133].
Mr. Cross states plaintiff elects to proceed to trial as scheduled.

**ORDERED:   Plaintiffs' Motion to File Second Amended Complaint to Add Mark Danzo as a Defendant, [133], is denied.**

Discussion regarding vicarious liability with respect to Dr. Chang.

Discussion regarding issues of captain of the ship, indemnification and negligence.
Court states it will rule on these issues during the course of the trial.

Discussion regarding C. Gregory Tiemeier's entry of appearance for defendant 20/20 Institute, LLC.
Mr. Tiemeier states he does not intend to participate in the examination of Dr. Chang.

Argument by counsel on defendant's issues to preclude raised in Trial Brief [138] and plaintiff's issues to preclude identified in Pre-Trial Memorandum and Brief [106}.
**Court makes pretrial evidentiary rulings as stated on record.**

Discussion regarding designation of non-party at fault,
Court states it is not necessary to designate Dr, Chang as a non-party at fault.

April 24, 2013
10-cv-03115-RPM

Discussion regarding witnesses and exhibits.
Counsel for defendants agree to disclose video of the walk through of the office

Discussion regarding scheduling.
Counsel state they anticipate 7 days to present the evidence and approximate having 20 witnesses.
Court advise counsel that they may exceed the scope of direct examination during cross by agreement for witnesses called by both sides.

**ORDERED:    Counsel shall prepare a combined list of witnesses (40 copies prior to start of trial).**

**Court advises counsel of its rulings to objections to videotape deposition designations as stated on record** (Tyrone McCall, M.D., David A. Bernitsky. M.D. and Anne Pence, O.D.).

Court informs counsel that it will prepare a statement of the case.

**3:47 p.m.        Court in recess.**

Hearing concluded.  Total time: 1 hr. 17 min.