## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                April 29, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-03115-RPM

| | |
|---|---|
| SCOTT CZARNIAK and | Keith F. Cross |
| ADRIENNE CZARNIAK, | Todd J. Krouner |
| | Diana M. Carlino |
| Plaintiffs, | |
| v. | |
| 20/20 INSTITUTE, LLC., | J. Scott Lassater |
| | Randy L. Sego |
| Defendant. | C. Gregory Tiemeier |

_____

## COURTROOM MINUTES
_____

**Trial to Jury Day One**

**8:27 a.m.       Court in session.**

Plaintiffs Scott and Adrienne and defendant's representative Mark Danzo are present.

Court's preliminary remarks.

Argument by Mr. Tiemeier [145].

**ORDERED:   Plaintiffs' Motion to Disqualify C. Gregory Tiemeier, Esq. As Counsel for 20/20 Institute, LLC, [145], is denied.**

Discussion and argument re: [148].

Court states it will include plaintiffs' request re [148] in its voir dire.

8:32 a.m.       Jurors present.

Court's preliminary remarks to jurors.
Statement of the case read to jurors.
Statements by the Court to jurors regarding its trial procedures.

April 29, 2013
10-cv-03115-RPM

Jury panel sworn for voir dire.

Eighteen jurors called to the jury box.

Court voir dires jurors.

Court excuses for cause jurors:

    100208409
    100224012
    100209275
    100218229
    100209421
    100234045
    100228880
    100240043
    100205512
    100219179

Court instructs jurors.
10:24 a.m.     Jurors excused.

Argument by Mr. Krouner regarding voir dire and a challenge for cause.
**Plaintiffs' request for voir dire question and challenge for cause (juror 100230751) are denied.**

Discussion between Court and counsel regarding proceeding with less than twelve jurors or reducing the amount of peremptory challenges.

**10:30 a.m.     Court in recess.**
**10:41 a.m.     Court in session.**

Discussion between Court and counsel regarding on how to proceed.
Counsel elect to have three peremptory challenges per side.
**Defendant's request to try the case with twelve jurors is denied.**
**Court states case will be tried by a jury of ten.**

Jurors present.

Court continues voir dire.

11: 19 a.m. to 11:23 a.m.     Bench conference:     Plaintiffs' request for additional questioning of juror is denied.  Counsel pass jurors for cause.

April 29, 2013
10-cv-03115-RPM

Plaintiffs' challenges:

    100230751
    100238806
    100238965

Defendant's challenges:

    100218656
    100205238
    100235340

Ten jurors selected to try the case:

    100226987
    100227733
    100229968
    100228594
    100219374
    100213759
    100239902
    100230641
    100231321
    100209224

Court instructs jurors.
Jurors excused.

Discussion regarding length of opening statements and argument by counsel regarding use of demonstrative exhibits.
Court states only agreed exhibits may be used during openings.

**11:38 a.m.      Court in recess.**
**1:45 p.m.       Court in session.**

Discussion regarding scheduling.

Jurors present.
Court instructs jurors.
Ten jurors sworn to try the case.
Court instructs jurors.

1:47 p.m.        Plaintiffs' opening statement by Mr. Cross.

April 29, 2013
10-cv-03115-RPM

2:07 p.m.          Defendant's opening statement by Mr. Sego.

Court instructs jurors.

2:24 p.m.          Plaintiff, Scott Czarniak, sworn.

Direct examination of Mr. Czarniak by Mr. Krouner.

Plaintiffs' Exhibit 41 identified and offered.
Mr. Lasater voir dires Mr. Czarniak regarding Plaintiffs' Exhibit 41.
**Plaintiffs' Exhibit 41 received.**
Plaintiffs' Exhibit 34 identified and offered.
Mr. Lasater voir dires Mr. Czarniak regarding Plaintiffs' Exhibit 34.
**Plaintiffs' Exhibit 34 received.**

Court instructs jurors.
Jurors excused.

**3:15 p.m.          Court in recess.**
**3:30 p.m.          Court in session.**

Jurors present.

3:33 p.m.          Continued direct examination of Scott Czarniak by Mr. Krouner.

**Plaintiffs' Exhibit 1 identified, stipulated and received** (pg. 146 published)**.**
Reference to Plaintiffs' Exhibit 34.
**Plaintiffs' Exhibits 63, 7, 3 and 4 identified, offered and received.** (Defendant's objections to exhibits 7 and 3 overruled).
**Plaintiffs' Exhibit 27 pgs 1, 5, 50, 61, 74, 82, 87, and 88, identified, offered and received.**

Court instructs jurors.
Jurors excused until 9:00 a.m. April 30, 2013.

**Plaintiffs' Exhibits 2, 5, 5A and 11 offered and received.**

Discussion regarding exhibits and page identification.

**4:37 p.m.          Court in recess.**

 Trial continued.  Total time: 6 hrs, 3  min.

4