**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                May 6, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-03115-RPM

| | |
|---|---|
| SCOTT CZARNIAK and | Keith F. Cross |
| ADRIENNE CZARNIAK, | Todd J. Krouner |
| | Diana M. Carlino |
| Plaintiffs, | |
| v. | |
| 20/20 INSTITUTE, LLC., | J. Scott Lasater |
| | Randy L. Sego |
| Defendant. | C. Gregory Tiemeier |

_____

**COURTROOM MINUTES**
_____

**Trial to Jury Day Six**

**9:00 a.m.      Court in session.**

Plaintiffs Scott and Adrienne Czarniak and defendant's representative Mark Danzo are present.

Statements and arguments by Mr. Krouner regarding **plaintiffs' election between its common law fraud and CCPA claims and proffers** on subsequent remedial measures, captain of the ship and surgical fee (proportion of fee paid to Dr. Chang).

Jurors present.

9:07 a.m.      Defendant's witness, Mathew Chang, MD, sworn.

Direct examination of Mr. Chang, MD, by Mr. Sego.

**Defendant's Exhibit E-4 identified, offered and received.**
Reference to Plaintiffs' Exhibit 1 pgs. 11 and 14.

9:50 a.m.      Cross examination of Mathew Chang, MD by Mr. Krouner.

Reference to the April 19, 2011 deposition transcript of Matthew Chang, MD.

May 6, 2013
10-cv-03115-RPM

Plaintiffs Exhibit 68 identified and referenced.
Reference to Plaintiffs' Exhibits 54, 1 and 41.

Court instructs jurors.
Jurors excused.

Discussion between Court and Mr. Krouner regarding further topics of examination with respect to cross examination of Mr. Chang, MD.

**10:55 a.m.        Court in recess.**
**11:10 a.m.        Court in session.**

Plaintiffs' proffer re: (PTO, pg. 8), by Mr. Krouner.
Court states its previous ruling on this issue stands.

Jurors present.

11:12 a.m.        Continued cross examination of Mr. Chang, MD, by Mr. Krouner.

Reference to Plaintiffs' Exhibits 34A, 34 and 53.
Reference to the April 19, 2011 deposition transcript of Matthew Chang, MD.

11:53 a.m.        Redirect examination of Mr. Chang, MD, by Mr. Sego.

12:02 p.m.        Recross examination of Mr. Chang, MD, by Mr. Krouner.

Reference to the 11/29/2011 deposition transcript of David Bernitsky, OD.

Court instructs jurors.
Jurors excused.

Mr. Tiemeier and Ms. Carlino answer questions asked by the Court regarding plaintiffs' motion to strike [162].
Argument by Mr. Tiemeier.

**ORDERED:    Plaintiffs' Motion to Preclude the Testimony of Lisa A. Meer, CPA/ABV/CVA, is granted in part as stated on record (No challenge to Gamboa).**

**12:15 p.m.        Court in recess.**
**1:32 p.m.         Court in session.**

**Mr. Tiemeier states defendant has decided to not call Lisa Meer as a witness.**
Plaintiffs' objection to the anticipated use of a video of defendant 20/20's facility by Mr. Cross.
Court states video may be used for demonstrative purposes.

2

May 6, 2013
10-cv-03115-RPM

1:33 p.m.         Defendant's witness, Mark Danzo, OD., called.

Direct examination of Mr. Danzo, OD by Mr. Sego.

Defendant's Exhibit D-7 identified and referenced.
Reference to Plaintiffs' Exhibit 38.
Video of 20/20's facility played.
Reference to Defendant's Exhibit A-4.
Defendant's Exhibit A-2 identified and published, same as Plaintiffs' Exhibit 63.
Defendant's Exhibit E-5 identified and referenced.
Reference to Defendant's Exhibit A-1, same as Plaintiffs' Exhibit 1.

2:47 p.m.         Cross examination of Mr. Danzo, OD, by Mr. Cross.

Reference to Plaintiffs' Exhibits 54 and 41.
Reference to Defendant's Exhibit A-2.

3:17 p.m.         Redirect examination of Mr. Danzo, OD, by Mr. Sego.

Court instructs jurors.
Jurors excused.

Discussion regarding jury instructions, verdict form and scheduling.

**3:21 p.m.        Court in recess.**
**3:36 p.m.        Court in session.**

Discussion regarding scheduling.

Jurors present.

Court instructs jurors regarding scheduling.

Court instructs jurors.
Jurors excused until 9:00 a.m. May 7, 2013.

Further discussion regarding jury instructions and verdict form.

**3:45 p.m.        Court in recess.**

 Trial continued.  Total time: 5 hrs. 28  min.