**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: May 7, 2013
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 10-cv-03115-RPM

| | |
|---|---|
| SCOTT CZARNIAK and | Keith F. Cross |
| ADRIENNE CZARNIAK, | Todd J. Krouner |
| | Diana M. Carlino |
| Plaintiffs, | |
| v. | |
| 20/20 INSTITUTE, LLC., | J. Scott Lasater |
| | Randy L. Sego |
| Defendant. | C. Gregory Tiemeier |

_____

**COURTROOM MINUTES**
_____

**Trial to Jury Day Seven**

**9:02 a.m.        Court in session.**

Plaintiffs Scott and Adrienne Czarniak and defendant's representative Mark Danzo are present.

9:03 a.m.        Argument by Mr. Tiemeier [166].

**ORDERED:    Plaintiffs' Motion to Preclude the Testimony Of Andrew M. O'Brien, M.S., [166], is granted in part, witness is excluded from making any references with respect to Richard Davidson, MD (opinion/report) .**

Discussion regarding scheduling.

Jurors present.

9:08 a.m.        Videotape deposition of Anne Pence, OD., played.

**Defendant's Exhibit A-6 identified, offered and received.**

Court instructs jurors.
Jurors excused.

**Defendant's Exhibits D-7, E-5 and E-4 used in Mr. Danzo, OD's testimony offered and received.**

May 7, 2013
10-cv-03115-RPM

Court gives copies of its proposed instructions and verdict form to counsel.

**10:57 a.m.     Court in recess.**
**11:12 a.m.     Court in session.**

Jurors present.

11:14 a.m.      Defendant's witness, Andrew M. O'Brien, M.S., C.R.C., sworn.

Direct examination of Mr. O'Brien by Mr. Tiemeier.

**Defendant's Exhibit C-24 identified, offered and received.**
Reference to Defendant's Exhibit C-3 pgs. 87, 23 and 24.
Reference to Defendant's Exhibit C-11 pgs. 24, 25, 31, 36 and 39.

11:49 a.m.      Cross examination of Mr. O'Brien by Mr. Krouner.

Reference to the March 12, 2013 deposition transcript of Mr. O'Brien.

12:13 p.m.      Redirect examination of Mr. O'Brien by Mr. Tiemeier.

Reference to Defendant's Exhibit A-11 pg. 2.

12:16 p.m.      Recross examination of Mr. O'Brien by Mr. Krouner.

Reference to Defendant's Exhibit A-11 pg. 2.

Defendant rests.
Plaintiff has no rebuttal evidence.
**Evidence closed.**

Court instructs jurors.
Jurors excused until 9:00 a.m. May 8, 2013.

Mr. Krouner states plaintiffs have no motions.

Defendant's renewed motion for judgment as a matter of law pursuant to Rule 50 with respect to plaintiffs' CCPA claim by Mr. Sego.
Argument by Mr. Sego.

**ORDERED:     Defendant's renewed motion for judgment as a matter of law pursuant to Rule 50 with respect to plaintiffs' CCPA claim is denied.**

Discussion regarding scheduling.

**12:20 p.m.     Court in recess.**
**2:15 p.m.      Court in session.**

2

May 7, 2013
10-cv-03115-RPM

Court reviews proposed instructions and verdict form with counsel.
Counsel (Mr. Cross and Mr. Lasater) state objections and make arguments with respect to proposed jury instructions and verdict form.
**Court signs tendered and refused instructions which are attached.**

Discussion regarding motions and post verdict ruling.

Statement by Mr. Krouner (use of trial transcripts during closings).
Discussion regarding closing arguments (Mr. Tiemeier and Mr. Krouner).
Discussion regarding exhibits.

**2:50 p.m.        Court in recess.**

**Clerk's Note:**  Tendered and refused instructions attached.  Redacted Strike Sheet attached.

Trial continued.  Total time: 3 hrs. 53 min.