**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                         May 9, 2013
Courtroom Deputy:             J. Chris Smith
FTR Technician:               Kathy Terasaki

_____

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and                                    Keith F. Cross
ADRIENNE CZARNIAK,                                    Todd J. Krouner
                                                      Diana M. Carlino

          Plaintiffs,

v.

20/20 INSTITUTE, LLC.,                                J. Scott Lasater
                                                      Randy L. Sego
          Defendant.                                  C. Gregory Tiemeier

_____

**COURTROOM MINUTES**
_____

**Trial to Jury Day Nine**

9:00 a.m.          Jurors return and resume deliberations.

**11:55 a.m.          Court in session.**

Plaintiffs Scott and Adrienne Czarniak and defendant's representative Mark Danzo are present.

Court states it received a written communication stating the jury had reached a decision.

Jurors present.
Presiding juror states the jury has a verdict.

Court reads jury's verdict.
Jury finds pursuant to its **May 9, 2013 Verdict Forms (retained pursuant to General Order 2007-3 and redacted Verdict Forms are attached).**

Jurors polled.

Court thanks jurors for their service.
Jurors discharged.

Court shows Verdict Forms to counsel.

May 9, 2013
10-cv-03115-RPM

Plaintiffs' renewed oral Motion for Judgment as a Matter of Law or in the Alternative for a New Trial, pursuant to Rule 50(b) by Mr. Krouner.

**ORDERED:**      **Plaintiffs' renewed oral Motion for Judgment as a Matter of Law or in the Alternative for a New Trial, pursuant to Rule 50(b), with respect to the Claim for Negligence,  is denied.**

**Court signs Stipulation and Order Regarding Custody of Exhibits.**

**ORDERED:**      **Judgment shall enter pursuant to the Jury's Verdict Forms for plaintiffs in the amount of $66,030.00.**

**12:12 p.m.**      **Court in recess.**

**Clerk's Note:**   Exhibits and depositions returned to counsel.  Redacted jury notes and Verdict Forms attached.
Original Verdict Forms, Jury Notes, Strike Sheet and Tendered and
Refused Instructions are maintained pursuant to General Order 2007-3.

Trial continued.  Total time: 17  min.