**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge**

Civil Action No.  10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

      Plaintiffs,

v.

20/20 INSTITUTE, LLC.,

      Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

      IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on April 29, 2013, counsel for the parties shall retain custody of their respective exhibits and depositions, until such time as all need for the exhibits and depositions has terminated, and the time to appeal has expired, or all appellate proceedings have been terminated plus sixty days.

      DATED at Denver, Colorado this ___ day of May, 2013.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

APPROVED AS TO FORM:

_____
ATTORNEY FOR PLAINTIFFS

_____
ATTORNEY FOR DEFENDANT