**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

    Plaintiffs,

v.

20/20 INSTITUTE, LLC.,

    Defendant.
_____

**JUDGMENT**
_____

    This matter was tried from April 29, 2013, through May 9th, 2013, before a duly empaneled jury of ten, Senior District Judge Richard P. Matsch presiding. The trial proceeded to conclusion and the jury found that the defendant 20/20 Institute, LLC, was negligent and awarded damages. The jury further found that defendant 20/20 Institute. LLC , did not violate the Colorado Consumer Protection Act.

    Pursuant to the Jury's May 9, 2013 Verdict Forms, it is

    ORDERED that judgment is entered in favor of plaintiffs Scott Czarniak and Adrienne Czarniak, and against defendant 20/20 Institute, LLC, in the amount of $66,030.00. It is

    FURTHER ORDERED that post judgment interest shall accrue at the legal rate of 0.11% from the date of entry of this judgment. It is

    FURTHER ORDERED that plaintiffs Scott Czarniak and Adrienne Czarniak shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment.

    DATED at Denver, Colorado, this 9th day of May, 2013.

                                         FOR THE COURT:

                                         Jeffrey P. Colwell, Clerk

                                                    s/J. Chris Smith
                              By: _____
                                                    Deputy Clerk