**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

    Plaintiffs,

v.

20/20 INSTITUTE, LLC.,

    Defendant.

_____

**AMENDED JUDGMENT**
_____

    This matter was tried from April 29, 2013, through May 9th, 2013, before a duly empaneled jury of ten, Senior District Judge Richard P. Matsch presiding. The trial proceeded to conclusion and the jury found that the defendant 20/20 Institute, LLC, was negligent and awarded damages. The jury further found that defendant 20/20 Institute. LLC , did not violate the Colorado Consumer Protection Act. Pursuant to the Jury's May 9, 2013 Verdict Forms, and Order on Costs, signed July 1, 2013, by Senior District Judge Richard P. Matsch, it is

    ORDERED that judgment is entered in favor of plaintiffs Scott Czarniak and Adrienne Czarniak, and against defendant 20/20 Institute, LLC, in the amount of $92,979.66 ($66,030.00 + $26,949.66 in prejudgment interest).  It is

    FURTHER ORDERED that post judgment interest shall accrue at the legal rate of 0.11% from the date of entry of this judgment.  It is

    FURTHER ORDERED that plaintiffs are awarded costs to be determined by the Court.

    DATED at Denver, Colorado, this 1st day of July, 2013.

                                FOR THE COURT:
                                Jeffrey P. Colwell, Clerk

                                s/J. Chris Smith
                          By:_____
                                Deputy Clerk