**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-CV-03115 – RPM

---

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

        Plaintiffs,

vs.

20/20 INSTITUTE, LLC,

        Defendant.

---

**SATISFACTION OF JUDGMENT**

---

Judgment was entered in favor of the above-named Plaintiffs and against the above-named Defendant in the above referenced action on the 9th day of May, 2013, superseded by an Amended Judgment entered on July 1, 2013, and an Order entered on July 15, 2013. Plaintiffs acknowledge the satisfaction of said judgments and orders, inclusive of all costs and interest, and the Parties have submitted Stipulations to Dismiss in United States District Court for the District of Colorado, Case No. 1:10-CV-03115-RPM, and in United States Tenth Circuit Court of Appeals, Case Nos. 13-1242 and 13-1318.

Dated this 24th day of February, 2014.

                                                BY: */s/ Todd Krouner*_____
Todd J. Krouner (TK 0308)
Law Office of Todd J. Krouner
93 North Greeley Ave.
Chappaqua, New York 10514
Phone Number: 914-238-5800
Fax Number: 914-238-5820
tkrouner@krounerlaw.com
Co-Counsel for Plaintiffs


                                                BY: */s/ Keith Cross*_____
Keith Cross, #8934
Cross & Bennett, LLC
108 E. St. Vrain, Suite 20
Colorado Springs, Colorado
Phone Number: 719-633-1359
Fax Number: 719-633-5788
kcross@crossbennett.com
Co-Counsel for Plaintiffs

Dated this 24th day of February, 2014.


                                                BY: */s/ Randy Sego*_____
Randy Sego, #16194
J. Scott Lasater, #16070
8822 S. Ridgeline Blvd., Suite 405
Highlands Ranch, CO 80129
Phone number: 303-730-3900
Fax number: 303-730-3939
randy@lasaterandmartin.com
scott@lasaterandmartin.com
Counsel for Defendant, 20/20 Institute, LLC