IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03115-RPM

SCOTT CZARNIAK and
ADRIENNE CZARNIAK,

        Plaintiffs,

v.

20/20 INSTITUTE, LLC

        Defendant.

_____

ORDER OF DISMISSAL
_____

        Pursuant to the Stipulated Motion to Dismiss with Prejudice [219], it is

        ORDERED that this action is dismissed with prejudice, each party to pay its own

attorneys' fees and costs.

        Dated:   February 24th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge